KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSE LOPEZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>      Defendant. | Case # 1:17-cv-1083-SKO<br><br>STIPULATED EXTENSION OF TIME; ORDER<br><br>(Doc. 14) |

      The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been seriously ill the last few weeks, ultimately requiring hospitalization. Counsel is now home a recuperating but needs additional time to prepare the documents for this case. As a solo practitioner, Plaintiff's counsel has no other attorneys to assist in these efforts. Parties stipulate to a 30-day extension. Opening Brief shall now be due on May 12, 2018.

      The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1    STIPULATION; ORDER
           [1:17-cv-1083-SKO]

| | | |
|---|---|---|
| Dated April 11, 2018: | /s/ Kelsey M Brown | |
| | KELSEY MACKENZIE BROWN CA #263109 | |
| | Mackenzie Legal, PLLC | |
| | 1003 Whitman | |
| | Tacoma, WA 98406 | |
| | (206) 300-9063 | |
| | Attorney for Plaintiff | |
| | | |
| Dated April 11, 2018: | s/ KELSEY M. BROWN for Donna Anderson | |
| | DONNA ANDERSON | |
| | (per e-mail authorization) | |
| | Special Assistant U.S. Attorney | |
| | Office of the General Counsel | |
| | | |
| | Of Attorneys for Defendant | |

## ORDER

Pursuant to the parties' above-stipulation showing good cause for a requested extension of time for Plaintiff to file his Opening Brief (Doc. 14), the request is hereby GRANTED. Plaintiff shall file his Opening Brief on or before May 12, 2018. All other deadlines set forth in the Scheduling Order (Doc. 6) are modified accordingly.

IT IS SO ORDERED.

Dated: **April 11, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE