KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSE LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:17-cv-1083-SKO<br><br>MOTION FOR EXTENSION OF TIME<br><br>(Doc. 16) |

Plaintiff hereby moves and in accordance with the scheduling order, Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell. Counsel understands the need to move this case forward but needs additional time to prepare the documents for this case, so she requests a brief 2-day extension. As a solo practitioner, Plaintiff's counsel has no other attorneys to assist in these efforts. Opening Brief shall now be due on May 16, 2018.

The Plaintiff moves that the Court's Scheduling Order shall be modified accordingly.

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Dated May 16, 2018:    /s/ Kelsey M Brown
                       KELSEY MACKENZIE BROWN CA #263109
                       Mackenzie Legal, PLLC
                       1003 Whitman
                       Tacoma, WA 98406
                       (206) 300-9063
                       Attorney for Plaintiff

## **ORDER**

On April 11, 2018, the Court ordered Plaintiff to file his opening brief no later than May 12, 2018, pursuant to a stipulation of the parties. (Docs. 14 & 15.) Plaintiff filed the above "Motion for Extension of Time" (the "Motion") on May 14, 2018, two days after Plaintiff's opening brief deadline had expired. (Doc. 16.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Motion demonstrates good cause to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence any appearance of bad faith or prejudice to Defendant (given that the Motion seeks only a brief enlargement of time), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, see *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010), the Court GRANTS the Motion. Plaintiff is CAUTIONED that future post hoc request for extensions of time will be viewed with disfavor.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 16, 2018, by which to file his opening brief. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: **May 15, 2018**           /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063