McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JESSE LOPEZ, | Case No. 1:17-cv-01083-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | Doc. 19 |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until July 16, 2018. This is Defendant's first request for an extension of time. Defense counsel requires additional time to review the certified administrative record, Plaintiff's Opening Brief, and consider defensibility

1

of the Commissioner's final decision.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                           Respectfully submitted,

Date:  June 15, 2018        By:    */s/ Kelsey Brown* \*
                                                  KELSEY BROWN
                                                  Attorney for Plaintiff
                                                  (\*By e-mail authorization on 06/15/18)

Dated: June 15, 2018             McGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/ Donna W. Anderson*
                                          DONNA W. ANDERSON
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## **ORDER**

      Based on the parties' above-stipulation (Doc. 19), and for good cause shown, IT IS HEREBY ORDERED that Defendant has until July 16, 2018, to submit a response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 18, 2018**                            /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE